# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0046. BRIAN KENNETH DISMUKE v. HON. ROBERT L. RUSSELL, CHIEF JUDGE.

After pleading guilty to numerous criminal offenses in 2014, Brian Kenneth Dismuke filed a motion to modify his sentence in 2023. The trial court denied the motion. Dismuke then filed a mandamus petition to compel the trial court to grant him a new trial. The trial court dismissed the petition on May 29, 2024, and Dismuke filed this application for discretionary appeal on July 30, 2024.[1] We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Dismuke's application was filed in the Supreme Court on July 30, 2024, 62 days after entry of the order he seeks to appeal. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/18/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] Dismuke filed the application in the Supreme Court, which transferred the matter to this Court. See Case No. S24D1384 (Aug. 9, 2024).